1 | Kelly Dunn  SBN# 104380
The Hawkins Center
2 | 101 Broadway Ave.
Richmond, California 94804
3 | (510) 232-6611 (phone)
(510) 232-2271 (fax)
4 |
Attorney for Plaintiff
5 |
6 | **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
7 |
8 | VIVIANE G. BARTON,                     )
                                       )
9 |                    Plaintiff,        )        CIVIL NO. 07-04137 PJH
              vs.                        )
10 |                                     )        SUBSTITUTION OF ATTORNEY
MICHAEL J. ASTRUE,                      )         AND ORDER
11 | Commissioner of Social Security,    )
                                       )
12 |                    Defendant.       )
                                       )
13 | _____  )
14 |
        I, Viviane G. Barton, Plaintiff, hereby substitute Kelly Dunn as my attorney in this action in
15 |
the place of myself, pro se.
16 |
17 | Dated:   October 18, 2007                        _____/S/_____
                                                  Viviane Barton, Plaintiff
18 |
        I accept this substitution.
19 |
20 | Dated:   October 18, 2007                        _____/S/_____
                                                  Kelly Dunn
21 |                                               Attorney
22 |
23 |                      **ATTESTATION OF SIGNATURE**
24 | Pursuant to General Order No. 45, Section X, I, Kelly Dunn, the electronic file[r]
25 | hereby attest that Viviane Barton has signed the original of this declaration and
26 | with original signature is maintained in our office.
27 | Executed on October 18, 2007                     _____/S/_____
28 |                                               Kelly Dunn

IT IS SO ORDERED

Judge Phyllis J. Hamilton