1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   LEO R. MONTENEGRO SBN NY 2616118
4  Special Assistant United States Attorney

5      333 Market St, Ste 1500
       San Francisco, CA 94105
6      Telephone: (415) 977-8943
       Fax: (415) 744-0134
7      E-mail: Leo.R.Montenegro@ssa.gov

8  Attorneys for Defendant

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 VIVIANE G. BARTON,              )
                                   )   CIVIL NO. C 07-04137 PJH
13        Plaintiff,               )
                                   )   STIPULATION AND ~~PROPOSED~~ ORDER
14    v.                           )   FOR AN ENLARGEMENT OF TIME IN WHICH
                                   )   TO FILE DEFENDANT'S ANSWER
15 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
16 Social Security,                )
                                   )
17        Defendant.               )
   _____   )
18

19       Pursuant to Local Rule 6-2, the parties hereby stipulate by counsel, with the Court's

20 approval as indicated by issuance of the attached proposed Order, that Defendant Commissioner

21 of Social Security shall have an extension of time of 30 days to file his answer to Plaintiff's

22 complaint.  This extension of time is needed to locate a missing page from the administrative

23 record, which will be filed as part of Defendant's answer.  There have not been any prior

24 extensions of time in this case.   The current due date for Defendant's answer is November 28,

25 2007.  The new due date will be December 28, 2007.

26       The parties further stipulate that the Court's Scheduling Order shall be modified

27 accordingly.

28

STIP & PROPOSED ORDER
C 07-04137 PGH                          1

1

2  DATE: 11/27/07              /s/ Kelly M. Dunn
                               (as authorized by fax November 27, 2007)
3                              KELLY M. DUNN
                               Attorney at Law
4
                               Attorney for Plaintiff
5

6  DATE: 11/27/07              SCOTT N. SCHOOLS
                               United States Attorney
7                              LUCILLE GONZALES MEIS
                               Regional Chief Counsel, Region IX
8
                    By:        /s/ Leo R. Montenegro
9                              LEO R. MONTENEGRO
                               Special Assistant U.S. Attorney
10
                               Attorneys for Defendant
11

12

13

14                             ORDER

15

16       APPROVED AND SO ORDERED.

17  DATED: 12/6/07              _____
                                PHYLLIS J. HAMILTON
18                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

STIP & PROPOSED ORDER
C 07-04137 PGH                        2