Kelly Dunn  SBN# 104380
The Hawkins Center
101 Broadway Ave.
Richmond, California 94804
(510) 232-6611 (phone)
(510) 232-2271 (fax)

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIVIANE G. BARTON, )<br>)<br>    Plaintiff, )<br> vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security )<br>)<br>    Defendant. )<br>_____ ) | CIVIL NO. 07-04137 PJH<br><br>STIPULATION AND ORDER TO<br>EXTEND TIME FOR PLAINTIFF<br>TO FILE MOTION FOR SUMMARY<br>JUDGMENT |

  IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of 35 days in which to file her Motion for Summary Judgment.[1]  Plaintiff's motion was due on January 17, 2008, pursuant to Civil L.R. 16-1(e).  Plaintiff's Motion for Summary Judgment is now due on February 22, 2008.

//
//
//
//
//
//
//
//
//

---

1. See attached Declaration of Kelly Dunn on behalf of Viviane Barton

1 | This is Plaintiff's first request for an extension.

Dated: January 8, 2008       _____/S/_____
KELLY DUNN
Attorney for Plaintiff


Dated: January 8, 2008       _____/S/_____
LEO MONTENEGRO
Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:




Dated: 1/11/08

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA