1  JOSEPH P. RUSSONIELLO, SBN CA 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   LEO R. MONTENEGRO SBN NY 2616118
4  Special Assistant United States Attorney

5      333 Market St, Ste 1500
       San Francisco, CA 94105
6      Telephone: (415) 977-8943
       Fax: (415) 744-0134
7      E-mail: Leo.R.Montenegro@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12 VIVIANE G. BARTON,            )
                                 )   CIVIL NO. C 07-04137 PGH
13          Plaintiff,           )
                                 )   STIPULATION AND ~~PROPOSED~~ ORDER
14 v.                            )   AWARDING ATTORNEY'S FEES PURSUANT
                                 )   TO THE EQUAL ACCESS TO JUSTICE ACT
15 MICHAEL J. ASTRUE,            )   (EAJA), 28 U.S.C. § 2412
   Commissioner of              )
16 Social Security,              )
                                 )
17          Defendant.           )
   _____)

18

19        IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be

21 awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the

22 amount of FOUR THOUSAND NINE HUNDRED dollars and 00 cents ($4,900.00).  This

23 amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel

24 in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

25        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

26 attorney fees, and does not constitute an admission of liability on the part of Defendant under the

27 EAJA.  Payment of FOUR THOUSAND NINE HUNDRED dollars and 00 cents ($4,900.00) in

28

STIP & PROPOSED ORDER RE EAJA ATTORNEY FEES
C 07-04137 PGH                          1

1  EAJA attorney fees, shall constitute a complete release from and bar to any and all claims

2  Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be

3  made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

4       This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

5  Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

6       Pursuant to General Order 45, § X.B, and the instructions regarding signatures on this

7  Court's internet web site (https://ecf.cand.uscourts.gov/cand/faq/general/signatures.htm), I, the

8  undersigned Leo R. Montenegro, hereby attest that I have on file all holograph signatures for any

9  signatures indicated by a "conformed" signature (/s/) within this efiled document.

10

11  DATE: __1/15/09__         /s/ Kelly M. Dunn

12                              (as authorized by fax January 15, 2009)
                            KELLY M. DUNN
                            Attorney at Law

13

14                              Attorney for Plaintiff

15  DATE: __1/15/09__         JOSEPH P. RUSSONIELLO
                            United States Attorney

16                              LUCILLE GONZALES MEIS
                            Regional Chief Counsel, Region IX

17

18                  By:    /s/ Leo R. Montenegro
                            LEO R. MONTENEGRO
                            Special Assistant U.S. Attorney

19

20                              Attorneys for Defendant

21

22                       ~~PROPOSED~~ ORDER

23

24          APPROVED AND SO ORDERED.

25  DATED: __1/16/09__

26                       PHYLLIS J.
                     UNITED STA

27

28

STIP & PROPOSED ORDER RE EAJA ATTORNEY FEES
C 07-04137 PGH       2

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*